NOSSAMAN LLP
ASHLEY K. DUNNING (SBN 185014)
adunning@nossaman.com
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
AALIA TAUFIQ (SBN 317787)
ataufiq@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   415.398.3600
Facsimile:   415.398.2438

Attorneys for Plaintiff
San Joaquin County Employees' Retirement Association

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN COUNTY EMPLOYEES' RETIREMENT ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendant. | Case No: 2:18-cv-02042-JAM-CKD<br><br>**ORDER GRANTING STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT**<br><br>Date Action Filed: June 25, 2018 |

Having reviewed the following Stipulation by and between Plaintiff SAN JOAQUIN COUNTY EMPLOYEES' RETIREMENT ASSOCIATION ("Plaintiff"), and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") (collectively, the "Parties"), through those Parties' respective counsel, and finding that good cause has been shown in support of the relief requested, this Court ORDERS the following:

1. The stipulation is GRANTED. The First Amended Complaint shall be filed forthwith by plaintiff SJCERA.

2. Defendant Travelers shall have thirty (30) days from the filing and service of the First Amended Complaint to answer or otherwise respond.

IT IS SO ORDERED.


Dated: May 1, 2019           /s/ John A. Mendez
                             United States District Court Judge

- 1 -    Case No. 2:18-cv-02042-JAM-CKD
[PROPOSED] ORDER STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT
56922047.v1