NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
NORMAN LAU (SBN 253690)
nlau@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorney for Defendant
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

Nossaman LLP
ASHLEY K. DUNNING (SBN 185014)
adunning@nossaman.com
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438

Attorneys for Plaintiff
SAN JOAQUIN COUNTY EMPLOYEES' RETIREMENT ASSOCIATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN JOAQUIN COUNTY EMPLOYEES' RETIREMENT ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　Defendant. | CASE NO.  2:18-cv-02042-JAM-CKD<br><br>**STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER AS TO EXPERT DISCLOSURE DATES; ORDER** |

1
STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER AS TO EXPERT
DISCLOSURE DATES; [PROPOSED] ORDER

The parties to the above-entitled action, San Joaquin County Employees' Retirement Association and Travelers Casualty and Surety Company of America, hereby jointly request the extension of the Expert Witness Disclosure deadlines as set forth below.

WHEREAS, on September 28, 2018, the Court issued a Status (Pre-Trial Scheduling) Order in this case (ECF 7);

WHEREAS, the Order set for the following discovery deadlines:

    Disclosure of Expert Witnesses:    July 26, 2019

    Supplemental Expert Disclosures:    August 9, 2019

    Close of all Discovery:    September 27, 2019;

WHEREAS, the parties have been diligently conducting discovery in this case, including written discovery, voluminous document productions, and depositions;

WHEREAS, percipient depositions have not yet been completed and are anticipated to be finished in August or early September;

WHEREAS, it is now clear that the parties will have insufficient information to disclose experts on July 26, 2019, or that disclosure of experts on that date will require the experts to subsequently substantially amend or supplement their reports, and possibly change their opinions or the bases for their opinions;

WHEREAS, the parties agree that, under the circumstances, the expert disclosure deadlines should be extended;

WHEREAS, the parties agree that no prejudice will result to either party should the expert disclosure deadlines be extended;

WHEREAS, the parties' proposed modified schedule would not affect any other date set by the Court, including the close of all discovery.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to modify the schedule for disclosure of expert witnesses as follows:

    Disclosure of Expert Witnesses:    August 30, 2019

    Supplemental Expert Disclosures:    September 13, 2019

STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER AS TO EXPERT DISCLOSURE DATES; [PROPOSED] ORDER

1 | The remainder of the discovery schedule will remain unchanged from the Order dated September
2 | 28, 2018 (ECF 7).

4 | IT IS SO STIPULATED.

Dated: July 24, 2019				MAYNARD, COOPER & GALE, LLP

				/s/ Norman Lau
				NICHOLAS J. BOOS
				NORMAN LAU
				Attorney for Defendant
				TRAVELERS CASUALTY AND SURETY
				COMPANY OF AMERICA

Dated: July 24, 2019				NOSSAMAN LLP

				/s/ James H. Vorhis
				ASHLEY K. DUNNING
				JAMES H. VORHIS
				Attorneys for Plaintiff
				SAN JOAQUIN COUNTY EMPLOYEES'
				RETIREMENT ASSOCIATION

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

**DATED: July 24, 2019**

				**/s/ John A. Mendez**
				HON. JOHN A. MENDEZ
				UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA                    )
COUNTY OF SAN FRANCISCO       )

I am employed in the County of San Francisco, States of California. I am over the age of 21 and am not a party to the action. My business address is Maynard, Cooper & Gale, LLP, 600 Montgomery Street, Suite 2600, San Francisco, CA 94111. On the date indicated below I served the foregoing documents described as:

**STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER AS TO EXPERT DISCLOSURE DATES; [PROPOSED] ORDER**

[**X**]    BY CM/ECF ELECTRONIC SERVICE: The interested party(ies) set forth below are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of filing.

    Ashley K. Dunning
    James H. Vorhis
    50 California Street, 34th Floor
    San Francisco, CA 94111
    Telephone: (415) 398-3600
    Email: adunning@nossaman.com
           jvorhis@nossaman.com

    Attorneys for Plaintiff
    SAN JOAQUIN COUNTY EMPLOYEES' RETIREMENT ASSOCIATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on July 24, 2019, at San Francisco, CA.

                                                   _/s/ Thomas J. Veitch_
                                                   Thomas J. Veitch