NOSSAMAN LLP
ASHLEY K. DUNNING (SBN 185014)
adunning@nossaman.com
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:	415.398.3600
Facsimile:	415.398.2438

Attorneys for Plaintiff SAN JOAQUIN COUNTY EMPLOYEES'
RETIREMENT ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN COUNTY EMPLOYEES' RETIREMENT ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendant. | Case No:  2:18-cv-02042-JAM-CKD<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(2)**<br><br>Date Action Filed: June 25, 2018 |

## STIPULATION

**WHEREAS** Plaintiff SAN JOAQUIN COUNTY EMPLOYEES RETIREMENT ASSOCIATION ("SJCERA") and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") by and through their attorneys of record, hereby enter into this Stipulation to dismiss SJCERA's Complaint and all claims against Travelers with prejudice.

**WHEREAS** SJCERA and Travelers (the "Parties") have entered into a settlement agreement that achieves a full and final settlement of all SJCERA's claims against Travelers as set forth in the First Amended Complaint filed in this matter on April 30, 2019 ("Complaint"). (ECF 10)

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, that SJCERA's Complaint and all claims against Travelers in this action shall be, and are hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Parties respectfully request an order from this Court dismissing such claims with prejudice, with each side to bear their own attorney fees and costs.

**IT IS SO STIPULATED AND AGREED.**

Date:   July 21, 2023

NOSSAMAN LLP
ASHLEY K. DUNNING
JAMES H. VORHIS

By: /s/ *James H. Vorhis*
         James H. Vorhis

Attorneys for Plaintiff SAN JOAQUIN COUNTY EMPLOYEES' RETIREMENT ASSOCIATION

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: July 21, 2023 | MAYNARD NEXSEN LLP<br>NICHOLAS J. BOOS |
| 3 | | |
| 4 | | By: /s/ *Nicholas J. Boos* (as authorized 7/21/23)<br>       Nicholas J. Boos |
| 5 | | Attorneys for Defendant Travelers Casualty and Surety Company of America |

**ORDER**

Good cause appearing, and the parties having stipulated and agreed, IT IS HEREBY ORDERED as follows:

The First Amended Complaint filed in this matter by Plaintiff SAN JOAQUIN COUNTY EMPLOYEES RETIREMENT ASSOCIATION, and all claims against Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA (collectively, the "Parties") in this action, are hereby dismissed in their entirety, with prejudice. Each party is to bear their own attorney fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 24, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE